NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIVITIS, INC.,**
*Plaintiff-Appellant,*

v.

**OCEAN SPRAY CRANBERRIES, INC.,**
*Defendant-Appellee.*

---

2012-1500

---

Appeal from the United States District Court for the Southern District of California in case no. 10-CV-0316, Judge Jeffrey T. Miller.

---

ON MOTION

---

ORDER

Trivitis, Inc. moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

SEP 1 3 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Douglas D. Churovich, Esq.
    Jackson Ho, Esq.

s26

Issued As A Mandate: SEP 1 3 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK